IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLOIRDA

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS, & OPPENHEIM, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No.

Removed From:

The Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, No.16-CA-005179

## NOTICE OF REMOVAL

Defendant Bock Law Firm LLC d/b/a Bock, Hatch, Lewis, and Oppenheim (the "Bock Firm"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, hereby gives notice of its removal to this Court of Case No. 16-CA-005179, from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. In support of removal, the Bock Firm states as follows:

1. On June 1, 2016, plaintiff Medical & Chiropractic Clinic, Inc. ("Plaintiff") filed a complaint in the Circuit Court of Hillsborough County, Florida, seeking damages for alleged breaches of fiduciary duties by Oppenheim, and aiding and abetting those breaches by the Bock Firm. Pursuant to 28 U.S.C. § 1446(a), a complete copy of the State Court file in this action is attached hereto as Exhibit A. The complaint alleges that Plaintiff is the putative class representative in an underlying federal class action where Plaintiff seeks statutory damages of $500 per fax against the Buccaneers Partnership Limited ("Buccaneers") for ads the

1

Buccaneers faxed to Plaintiff and the alleged class in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. <u>Exhibit A</u>, Verified Complaint ¶¶ 10, 12. Plaintiff alleges Defendants' conduct somehow wrongly impaired Plaintiff's chances for compensation as a class representative in the underlying TCPA action. *Id.*, Verified Complaint ¶ 95.

  2. On June 6, 2016, the Bock Firm's registered agent was served with service of process upon either of Defendants. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed because it has been filed within 30 days after service on Defendants of the summons and complaint.

  3. Plaintiff's complaint alleges that Oppenheim is "an individual who resides in Illinois." Exhibit A, Verified Complaint ¶ 3. It further alleges that the Bock Firm is an "Illinois limited liability corporation with it principal place of business in Illinois." *Id.* at ¶ 4.

  4. Plaintiff alleges it is a "Florida corporation with its principal place of business in Hillsborough County, Florida." <u>Exhibit A</u>, Verified Complaint ¶ 2.

  5. Plaintiff is a citizen of Florida and all Defendants are citizens of Illinois, so there is complete diversity of citizenship as defined by 28 U.S.C. § 1332(a)(1).

  6. Plaintiff's complaint alleges damages in excess of $15,000.00, exclusive of interest, costs, and attorneys' fees. <u>Exhibit A</u>, Verified Complaint ¶ 1. The complaint also seeks injunctive relief. *Id.*

  7. The underlying TCPA complaint Plaintiff filed against the Buccaneers alleges a class of 180,000 members seeking a minimum of $500 in statutory

damages for each fax the Buccaneers sent them. Exhibit A, Verified Complaint Ex. 1, ¶¶ 20, 41(b).

8. Thus, the alleged stakes of the underlying class action that Plaintiff claims is the origin of Defendants' alleged fiduciary duties to Plaintiff are in excess of $90,000,000.00.

9. Plaintiff seeks to enjoin Defendants from representing anyone in any class action against the Buccaneers that is similar to the underlying action seeking over $90,000,000.00. Exhibit A, Verified Complaint ¶ 1 and prayer for relief.

10. Given Plaintiff's allegations that the damages are in excess of $15,000 exclusive of interest, costs and attorney fees, its request for injunctive relief, and its allegations that the stakes in the underlying litigation are in excess of $90,000,000.00, Plaintiff's complaint places more than $75,000 in controversy between the parties. 28 U.S.C. § 1332(a).

12. The Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1) because there is more than $75,000 in controversy, Plaintiff is a citizen of Florida, and Defendants are citizens of Illinois.

13. As noted above, Plaintiff's complaint alleges breaches of fiduciary duties in connection with a federal class action Plaintiff filed against the Buccaneers Limited Partnership ("Buccaneers") alleging violations of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Exhibit A, Verified Complaint ¶ 10 and Ex. 1. To prove its damages, Plaintiff must prove it would have prevailed against the Buccaneers on its TCPA claim in its underlying federal complaint, so Plaintiff's complaint in this case raises a federal question. *Mims v.*

*Arrow Fin. Servs., Inc.*, 732 S. Ct. 740, 753 (2012) (TCPA claims support federal question jurisdiction under 28 U.S.C. § 1331).

14. Upon information and belief, defendant Oppenheim was served on June 7, 2016. Pursuant to 28 § 1446 (b) (2) (A) defendant Oppenheim consents to the removal of this action. <u>Exhibit B</u>, David M. Oppenheim's Consent to Removal.

15. Pursuant to 28 U.S.C. §§ 1441, and 1446, removal of the state court action to this Court is appropriate.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff Medical & Chiropractic Clinic, Inc. and filed with the clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County.

WHEREFORE the Bock Firm hereby removes this action to this Court.

Dated: June 8, 2016

Respectfully submitted,

BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM

By: <u>/s/ Phillip A. Bock</u>
     One of its attorneys

Phillip A. Bock (FL# 0093895)
Bock Law Firm, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500 (phone)
(312) 658-5555 (fax)
phil@classlawyers.com

4

## CERTIFICATE OF SERVICE

      The undersigned attorney states that on June 8, 2016 he caused to be served a true and correct copy of *Defendants' Notice of Removal* on the party listed below by depositing the same in the U.S. mail at 134 N. La Salle St., IL 60602 with proper postage prepaid to the following addresses:

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
cgriffin@foley.com

      By: /s/ Phillip A. Bock
          One of its attorneys

      Phillip A. Bock (FL# 0093895)
      Bock Law Firm, LLC
      134 N. La Salle St., Ste. 1000
      Chicago, IL 60602
      (312) 658-5500 (phone)
      (312) 658-5555 (fax)
      phil@classlawyers.com