# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC,
INC.,

      Plaintiff,

v.                                                        Case No: 8:16-cv-1477-T-36TBM

DAVID M. OPPENHEIM and BOCK LAW
FIRM, LLC,

      Defendants.

_____

## NOTICE TO COUNSEL

### Jeffrey A. Soble  and Lauren Michelle Loew

Counsel has been granted Pro Hac Vice [13] Endorsed Order.  Counsel must register for a CM/ECF login and password through the court's website at www.flmd.uscourts.gov → CM/ECF tab (in red bar) → Register for a CM/ECF Login within 14 days.

SHERYL L. LOESCH, CLERK

s/R. Korb, Deputy Clerk