IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM, LLC, <br><br>　　　　Defendants. | No. 8:16-cv-01477-CEH-TBM |

## MOTION FOR ADMISSION OF DANIEL J. COHEN *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Defendant Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis & Oppenheim, LLC ("Bock Law Firm"), pursuant to Local Rule 2.02, moves for an Order admitting Daniel J. Cohen *pro hac vice*, and in support thereof states as follows:

　　1.　　Daniel J. Cohen is a member in good standing of the bars of the State of Illinois, the State of Missouri, the United States Court of Appeals for the Seventh Circuit, the United States District Courts for the Northern District of Illinois, Southern District of Illinois, Eastern District of Michigan and the Eastern District of Missouri.

　　2.　　Mr. Cohen is familiar with and will be governed by the Local Rules of the United States District Court for the Middle District of Florida and the Code of Professional Responsibility and other ethical limitation or requirements governing the professional behavior of members of the Florida Bar.

3. Mr. Cohen designates Phillip A. Bock of the Bock Law Firm, as the lawyer on whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial, in default of the non-resident attorney.

4. Phillip A. Bock consents to this designation.

5. Pursuant to Local Rule 2.02(a), Mr. Cohen has, contemporaneously with the filing of this motion, submitted his Special Admission Attorney Certification form and the accompanying fee as required by Local Rule 2.01(d). Mr. Cohen will comply with the email registration requirements of Rule 2.01(d) by registering with this Court's CM/ECF system upon the grant of this motion.

6. Pursuant to Local Rule 3.01(g), counsel for Bock Law Firm has conferred with counsel for Plaintiff. Plaintiff has consented to Bock Law Firm's Motion for Admission of Daniel J. Cohen Pro Hac Vice.

WHEREFORE, Defendant respectfully requests this Court to enter an order admitting Daniel J. Cohen *pro hac vice*.

    Respectfully submitted,

    BOCK LAW FIRM, LLC.,

    By: /s/ Phillip A. Bock
        One of its attorneys

    Phillip A. Bock (Fla. Bar No. 93895)
    Bock Law Firm, LLC
    P.O. Box 41674
    Miami Beach, FL 33141
    Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

  The undersigned attorney states that on June 16, 2016 the foregoing was filed via ECF which will provide electronic notice to all counsel of record. He also caused to be served a true and correct copy of *Defendants' Motion of Admission of Daniel J. Cohen PRO HAC VICE and Written Designation and Consent to Act* on the party listed below by depositing the same in the U.S. mail at 134 N. La Salle St., IL 60602 with proper postage prepaid to the following addressees:

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
cgriffin@foley.com

David M. Oppenheim
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602


By: /s/ Phillip A. Bock
One of its attorneys

Phillip A. Bock (FL# 0093895)
Bock Law Firm, LLC
P.O. Box 41674
Miami Beach, FL 33141
(312) 658-5500 (phone)
(312) 658-5555 (fax)
phil@classlawyers.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Medical & Chiropractic Clinic,

Plaintiff(s)/Petitioner(s),

v.  CASE NO. 8:16-cv-01477-CEH-TE

David M. Oppenheim, & Bock Law Firm, LLC

Defendant(s)/Respondent(s)

I, Daniel J. Cohen  (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis & Oppenheim, LLC (party represented).

## ATTORNEY INFORMATION

Firm Name: Bock Law Firm, LLC

Address: 134 N. La Salle Street, Suite 1000

City: Chicago  State: IL  Zip: 60602

Firm/Business Phone: 312 658 5500  Alternate Phone: 314-497-6352

Firm/Business Fax: 312 658 5555

E-mail Address: danieljaycohen209@gmail.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  6/15/16
Signature  Date

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.