UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

vs.

DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS, & OPPENHEIM, LLC,

    Defendants.
_____/

Case No. 8:16-cv-01477-CEH-TBM

INJUNCTIVE RELIEF REQUESTED

## FIRST SUPPLEMENT TO AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF

The plaintiff, Medical & Chiropractic Clinic, Inc. ("Medical & Chiropractic"), through its undersigned counsel, respectfully submits this First Supplement to its Amended Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), filed on Monday June 13, 2016. [Dkt. 5]. As detailed below, Medical & Chiropractic files this First Supplement due to new information received the evening of June 16, 2016 that goes directly to the imminence of the harm to Medical & Chiropractic and to the necessity of the expedited relief requested in the Motion.

1.    The risk of harm to Medical & Chiropractic due to its former attorney's new firm representing a competing putative class action representative is now more imminent and apparent. Bock Hatch, the new firm of Medical & Chiropractic's former counsel in the pending putative class action, David Oppenheim, are actively breaching their ethical duties to Medical & Chiropractic by pursuing a competing putative class action settlement. (Motion, pp. 16-21; Fla. Bar. Reg. R. 4-1.7(b), 4-1.9, 4-1.10(b).)

2.     On the evening of June 16, 2016, Medical & Chiropractic received written notice that the Buccaneers[1] had reached a settlement with a competing class representative and competing class counsel.[2] The notice stated:

> Pursuant to the directive given by Judge Porcelli at the May 25, 2016 status hearing in *Cin-Q, et al. v. Buccaneers Limited Partnership*, Case No. 8:13-cv-01592 (M.D. Fla.), please be advised that a settlement has now been reached of claims relating to faxes allegedly sent by the Buccaneers Limited Partnership (the Buccaneers") in 2009 and 2010.  That settlement and its terms are reflected in a written settlement agreement, which we understand will be filed no earlier than three (3) days from the date of this notice in the United States District Court for the Middle District of Florida, along with a request for preliminary approval.

3.     Medical & Chiropractic also learned that this settlement was negotiated by Defendant Oppenheim's new firm, Bock Hatch, during a mediation in Tampa.

4.     In light of this new information, the risk of harm to Medical & Chiropractic is even more immediate and acute.

5.     Medical & Chiropractic is not asking for a temporary restraining order prohibiting the filing of any other competing lawsuit - only a competing lawsuit <u>by Oppenheim or Bock Hatch</u>.  This relief is narrowly tailored to enjoin Oppenheim's and Bock Hatch's breaches of fiduciary duty and aiding and abetting of those breaches.

6.     No later than Monday June 20, 2016, Medical & Chiropractic will supplement this filing with additional information.  However, Medical & Chiropractic is providing this First Supplement in the meantime to provide the Court with immediate notice of these new developments.

---

[1] All capitalized terms not otherwise defined herein are used as defined in the Motion.
[2] Medical & Chiropractic is not attaching the Notice of Settlement because it contains confidential information protected by the mediation privilege about settlement negotiations between Medical & Chiropractic and the Buccaneers.

WHEREFORE, the Plaintiff, Medical & Chiropractic, Inc., requests that this Court enter a temporary restraining order enjoining the Defendants, and any other person or entity acting in concert or participation with any of the Defendants, from representing any entity in a matter, settlement, or case alleging class-wide allegations against the Buccaneers or their affiliates substantially related to the Federal Action.

/s/Christopher L. Griffin
Christopher L. Griffin (FBN 273147)
cgriffin@foley.com
lmiranda@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
P.O. Box 3391
Tampa, FL 33601-3391
Telephone:  813.229.2300
Facsimile:  813.221.4210

Attorneys for Medical & Chiropractic Clinic, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2016, the foregoing was filed via ECF which will provide electronic notice to all counsel of record.  The foregoing was also mailed by U.S. Mail to:

David M. Oppenheim
6805 N. Wolcott Ave
Chicago, IL 60626
david@classlawyers.com

/s/Christopher L. Griffin
Attorney