IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DAVID M. OPPENHEIM, and individual, and BOCK LAW FIRM, LLC d/b/a BOCK, MATCH, LEWIS & OPPENHEIM, LLC, | ) Case No. 8:16-cv-01477-CEH-TBM ) ) ) |
| Defendants. | ) ) ) ) |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on June 20, 2016, Defendant filed attorney Daniel J. Cohen's Certificate of Good Standing for the Northern District of Illinois, a true and correct copy of which is hereby served upon you.

                              Respectfully submitted,

                     By: /s/ Phillip A. Bock
                         *One of Plaintiffs' Attorneys*

                         Phillip A. Bock (FL# 0093895)
                         Bock Law Firm, LLC
                         P.O. Box 41674
                         Miami Beach, FL 33141
                         (312) 658-5500 (phone)
                         (312) 658-5555 (fax)
                         phil@classlawyers.com

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on June 20, 2016, the foregoing *Notice of Filing* was electronically filed with the Clerk of Court by using the CM/ECF system, which provides electronic notice to all counsel of record:

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
cgriffin@foley.com

David M. Oppenheim
134 N. La Salle Street
Suite 1000
Chicago, IL 60602

                                                        /s/ Phillip A. Bock
                                                        One of Plaintiff's Attorneys

                                                        Phillip A. Bock (FL# 0093895)
                                                        Bock Law Firm, LLC
                                                        P.O. Box 41674
                                                        Miami Beach, FL 33141
                                                        (312) 658-5500 (phone)
                                                        (312) 658-5555 (fax)
                                                        phil@classlawyers.com

# CERTIFICATE OF GOOD STANDING



United States of America

\}ss. Daniel J. Cohen

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Daniel J. Cohen was duly admitted to practice in said Court on (03/12/2012) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/16/2016 )

Thomas G. Bruton, Clerk,

By: David A. Jozwiak
Deputy Clerk