IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DAVID M. OPPENHEIM, and individual, and BOCK LAW FIRM, LLC d/b/a BOCK, MATCH, LEWIS & OPPENHEIM, LLC, | ) Case No. 8:16-cv-01477-CEH-TBM<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on June 20, 2016, Defendant filed attorney Jonathan B. Piper's Certificate of Good Standing for the Northern District of Illinois, a true and correct copy of which is hereby served upon you.

    Respectfully submitted,

    By: /s/ Phillip A. Bock
         *One of Plaintiffs' Attorneys*

        Phillip A. Bock (FL# 0093895)
        Bock Law Firm, LLC
        P.O. Box 41674
        Miami Beach, FL 33141
        (312) 658-5500 (phone)
        (312) 658-5555 (fax)
        phil@classlawyers.com

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on June 20, 2016, the foregoing *Notice of Filing* was electronically filed with the Clerk of Court by using the CM/ECF system, which provides electronic notice to all counsel of record:

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
cgriffin@foley.com

David M. Oppenheim
134 N. La Salle Street
Suite 1000
Chicago, IL 60602

                                            /s/ Phillip A. Bock
                                            One of Plaintiff's Attorneys

                                            Phillip A. Bock (FL# 0093895)
                                            Bock Law Firm, LLC
                                            P.O. Box 41674
                                            Miami Beach, FL 33141
                                            (312) 658-5500 (phone)
                                            (312) 658-5555 (fax)
                                            phil@classlawyers.com

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Jonathan B. Piper

Northern District of Illinois

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jonathan B. Piper was duly admitted to practice in said Court on (12/16/1987) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/16/2016 )

Thomas G. Bruton , Clerk,

By: David A. Jozwiak
Deputy Clerk