**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:16-cv-01477-CEH-TBM |
| | ) | |
| DAVID M. OPPENHEIM, an individual, and | ) | |
| BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, | ) | |
| LEWIS & OPPENHEIM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST SUPPLEMENT TO DEFENDANTS' CORRECTED RESPONSE
IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Attached is a true and correct copy of the Declaration of Mark S. Mester, on file in the public record in *Cin-Q Automobiles, Inc., and Medical & Chiropractic Clinic, Inc. v. Buccaneers Limited Partnership*, No. 13-cv-01592-AEP, docket entry 231-1, and now submitted in further support of "Defendants' *Corrected* Response in Opposition to Plaintiff's Motion for Entry of Temporary Restraining Order and Preliminary Injunction" (Doc. 35).

Respectfully submitted,

| **DAVID M. OPPENHEIM** | **BOCK LAW FIRM, LLC** |
|---|---|
| By: /s/ David M. Oppenheim | By: /s/ Phillip A. Bock |
| | One of its attorneys |
| | |
| David M. Oppenheim | Phillip A. Bock (Fla. Bar No. 93895) |
| 134 N. La Salle St., Ste. 1000 | Daniel J. Cohen (admitted *pro hac vice*) |
| Chicago, IL 60602 | Jonathan B. Piper (admitted *pro hac vice*) |
| Telephone: (312) 658-5525 | Bock Law Firm, LLC |
| Facsimile: (312) 658-5525 | 134 N. La Salle St., Ste. 1000 |
| david@classlawyers.com | Chicago, IL 60602 |
| | Telephone: (312) 658-5501 |
| | Facsimile: (312) 658-5555 |
| | phil@classlawyers.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2016, I electronically filed the foregoing Motion and Brief with the Clerk of the Court by using the CM/ECF system.

                By: /s/ Phillip A. Bock
                      One of BLF's attorneys

Phillip A. Bock (FL# 0093895)
Bock Law Firm, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312/658-5500
Fax: 312/658-5555

## SERVICE LIST

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
E-mail: cgriffin@foley.com