IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 8:16-cv-01477-CEH-TBM |
| DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT BOCK LAW FIRM, LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Bock Law Firm, LLC, by undersigned counsel, hereby discloses the following pursuant to this Court's interested person's order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Plaintiff: Medical & Chiropractic, Inc. Bock Law Firm, LLC does not know whether Medical & Chiropractic has any subsidiary, conglomerate, affiliate, parent corporation, or publicly traded company that owns 10% or more of its stock.

  b. Plaintiff's counsel: Christopher L. Griffin, Jeffrey A. Soble, and Lauren Michelle Loew of the Foley & Lardner LLP law firm.

  c. Defendant: David M. Oppenheim, pro se.

  d. Defendant: Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis & Oppenheim. Phillip A. Bock, P.C., an Illinois Professional Corporation, is the sole owner/member of Bock Law Firm, LLC. Phillip A. Bock owns 100% of the shares of Phillip A. Bock, P.C.

  e. Defendant Bock Law Firm, LLC's attorneys of record in this litigation: Phillip A. Bock, Jonathan B. Piper, and Daniel J. Cohen of Bock Law Firm, LLC.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  a. Plaintiff Medical & Chiropractic, Inc.'s complaint purports to allege civil misconduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 28, 2016

>   Respectfully submitted,
>
>   BOCK LAW FIRM, LLC
>
>   By:  /s/ Phillip A. Bock
>            One of its attorneys

Phillip A. Bock
Fla. Bar No. 93895
Daniel J. Cohen (admitted *pro hac vice*)
Jonathan B. Piper (admitted *pro hac vice*)
Bock Law Firm, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone:  312/658-5500
Fax:  312-658-5555

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

              By: /s/ Phillip A. Bock
                 One of its attorneys

              Phillip A. Bock (FL# 0093895)
              Bock Law Firm, LLC
              134 N. La Salle St., Ste. 1000
              Chicago, IL 60602
              Telephone:  312/658-5500
              Fax:  312/658-5555

## SERVICE LIST

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
E-mail: cgriffin@foley.com

David M. Oppenheim
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
E-mail: david@classlawyers.com