IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 8:16-cv-01477-CEH-TBM |
| DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF PHILLIP A. BOCK

I, Phillip A. Bock, declare under penalty of perjury that the below is true and accurate:

1. My name is Phillip A. Bock and I am an attorney at defendant Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis and Oppenheim, LLC.

2. I am over the age of 18, I reside in Miami Beach, Florida, and I am fully competent to make this declaration.

3. I have personal knowledge of the matters discussed herein.

4. Bock Law Firm, LLC is an Illinois Limited Liability Company that is engaged in the practice of law and employs attorneys, all of whom are licensed to practice law in Illinois.

5. Phillip A. Bock, P.C is an Illinois Professional Corporation.

6. I own 100% of the shares of Phillip A. Bock, P.C.

1

7. Phillip A. Bock, P.C. is the sole member of Bock Law Firm, LLC.

8. Phillip A. Bock, P.C. conducts no business other than the business of Bock Law Firm, LLC.

9. Bock Law Firm, LLC and Phillip A. Bock, P.C. maintain their books, records, and bank accounts, and file their taxes in Illinois.

10. Bock Law Firm, LLC's only office is located at 134 N. La Salle Street, Suite 1000, Chicago, Illinois, 60602. Bock Law Firm, LLC plans to open an office in St. Louis, Missouri in July 2016. Bock Law Firm, LLC has a post office box for receipt of mail in Miami Beach, Florida, but has no office in the State of Florida.

11. Phillip A. Bock, P.C. has no office other than Bock Law Firm, LLC's office at 134 N. La Salle in Chicago, Illinois. The office at 134 N. La Salle is staffed by Illinois-licensed lawyers employed by Bock Law Firm, LLC, open for business on a daily basis, and is the only place of business from which Bock Law Firm, LLC and Phillip A. Bock, P.C. regularly operate.

12. The Chicago office is the actual center of direction, control, and coordination of Bock Law Firm, LLC and Phillip A. Bock, P.C. It is the location where major policy decisions are managed, implemented, and effectuated.

13. Phillip A. Bock, P.C. is a citizen of the State of Illinois because that is the State where it was created, where it files its taxes, and where it operates its only office and business as the Bock Law Firm, LLC.

3

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: June 29, 2016    /s/ Phillip A. Bock