IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:16-cv-01477-CEH-TBM |
| | ) | |
| DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OPPENHEIM'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant David M. Oppenheim ("Defendant") hereby discloses the following pursuant to this Court's interested person's order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.  Plaintiff, Medical & Chiropractic, Inc.: David M. Oppenheim does not know whether Medical & Chiropractic has any subsidiary, conglomerate, affiliate, parent corporation, or publicly traded company that owns 10% or more of its stock.

    b.  Plaintiff's counsel: Christopher L. Griffin, Jeffrey A. Soble, and

Lauren Michelle Loew of the Foley & Lardner LLP law firm.

  c. Defendant: David M. Oppenheim, pro se.

  d. Defendant: Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis & Oppenheim. Phillip A. Bock, P.C., an Illinois Professional Corporation, is the sole owner/member of Bock Law Firm, LLC. Phillip A. Bock owns 100% of the shares of Phillip A. Bock, P.C.

  e. Defendant Bock Law Firm, LLC's attorneys of record in this litigation: Phillip A. Bock, Jonathan B. Piper, and Daniel J. Cohen of Bock Law Firm, LLC.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  a. Plaintiff Medical & Chiropractic, Inc.'s complaint purports to allege civil misconduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or

potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

David M. Oppenheim

By: /s/ David Oppenheim

6805 N. Wolcott Ave.
Chicago, IL 60626
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury, that on July 8, 2016, I caused to be served a true and correct copy of the foregoing on the party listed below by depositing the same in the U.S. mail at 134 N. La Salle St., Chicago IL 60602 with proper postage prepaid and addressed as follows:.

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
E-mail: cgriffin@foley.com

Phillip A. Bock
Bock Law Firm
134 N. LaSalle St., Ste.1000
Chicago, IL 60602
phil@classlawyers.com

By: _____