IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MEDICAL & CHIROPRACTIC CLINIC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 8:16-cv-01477-CEH-TBM ) |
| DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS & OPPENHEIM, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF BARRY J. BLONIEN *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Florida attorney Phillip A. Bock, one of the attorneys for defendant Bock Law Firm, pursuant to Local Rule 2.02, moves for an order admitting Barry Blonien *pro hac vice*, as counsel for Defendant David M. Oppenheim, and in support thereof states as follows:

1. Barry Blonien is a member in good standing of the bars of the State of Illinois, the State of Wisconsin, the District of Columbia, the United States District Courts for the Northern District of Illinois, the Western District of Wisconsin, the District of Columbia, the United States Courts of Appeals for the District of Columbia Circuit, the Fourth and Ninth Circuits, and the United States Supreme Court.

2. Mr. Blonien is familiar with and will be governed by the Local Rules of the United States District Court for the Middle District of Florida and the Code of

Professional Responsibility and other ethical limitation or requirements governing the professional behavior of members of the Florida Bar.

3.      Mr. Blonien hereby designates Phillip A. Bock as the lawyer whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial, in default of the non-resident attorney.

4.      Phillip A. Bock and Bock Law Firm consent to this designation.

5.      Pursuant to Local Rule 2.02(a), Mr. Blonien will promptly submit his Special Admission Attorney Certification form and the accompanying fee as required by Local Rule 2.01(d). Mr. Blonien will comply with the e-mail registration requirements of Rule 2.01(d) by registering with this Court's CM/ECF system upon the grant of this motion.

6.      Pursuant to Local Rule 3.01(g), counsel has conferred with counsel for Plaintiff. Plaintiff has consented to Bock Law Firm's Motion for Admission of Barry J. Blonien *pro hac vice*.

WHEREFORE, Phillip A. Bock respectfully requests this Court to enter an order admitting Barry Blonien *Pro Hac Vice*.

Respectfully submitted,

Phillip A. Bock

By: /s/ Phillip A. Bock

Phillip A. Bock (Fla. Bar No. 93895)
Bock Law Firm, LLC
P.O. Box 41674
Miami Beach, FL 33141
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

 The undersigned attorney states that on July 15, 2016 the foregoing was filed via ECF which will provide electronic notice to all counsel of record.

              By: /s/ Phillip A. Bock
              One of its attorneys

              Phillip A. Bock (FL# 0093895)
              Bock Law Firm, LLC
              P.O. Box 41674
              Miami Beach, FL 33141
              (312) 658-5500 (phone)
              (312) 658-5555 (fax)
              phil@classlawyers.com

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Barry J Blonien

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Barry J Blonien was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/14/2016)

Thomas G. Bruton, Clerk,
By: David A. Jozwiak
Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Medical & Chiropractic Clinic, Inc.

Plaintiff(s)/Petitioner(s),

v.                                                                                       CASE NO. 8:16-cv-01477-CEH-TBM

David M. Oppenheim, & Bock Law Firm, LLC

Defendant(s)/Respondent(s)

I, Barry J. Blonien _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of David M. Oppenheim _____ (party represented).

## ATTORNEY INFORMATION

Firm Name: Blonien Legal Counsel
Address: 1718 Adams St.
City: Madison     State: WI     Zip: 53711
Firm/Business Phone: 608 620 5357     Alternate Phone:
Firm/Business Fax:
E-mail Address: barry@blonienlegal.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____                           07/14/2016
Signature                                              Date

Revised 01/01/15                                                                                    Page 1 of 2

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.