## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MEDICAL & CHIROPRACTIC CLINIC, INC**.

     Plaintiff,

v.

Case No.:    8:16-cv-01477-CEH-TBM

**DAVID M. OPPENHEIM and BOCK LAW FIRM, LLC** d/b/a Bock, Hatch, Lewis & Oppenheim, LLC,

     Defendants.

_____/

### NOTICE OF APPEARANCE

The undersigned, Christopher S. Polaszek of The Polaszek Law Firm, PLLC, and J. Daniel Clark of Clark & Martino, P.A., enter their appearance as local counsel of record for Defendant, Bock Law Firm, LLC. Please serve copies of all pleadings and papers, and direct all further correspondence and other communications, to counsel at the address below.

     Respectfully submitted,

     s/ *Christopher S. Polaszek*
     Christopher S. Polaszek, FBN 116866
     chris@polaszeklaw.com
     **THE POLASZEK LAW FIRM, PLLC**
     3407 W. Kennedy Boulevard
     Tampa, FL 33609
     Telephone: (813) 574-7678

     J. Daniel Clark, FBN 0106471
     dclark@clarkmartino.com
     **CLARK & MARTINO, P.A.**
     3407 W. Kennedy Boulevard
     Tampa, FL 33609
     Telephone: (813) 879-0700

     **Local Counsel for Defendant, Bock Law Firm, LLC d/b/a Bock, Hatch, Lewis & Oppenheim, LLC**

## CERTIFICATE OF SERVICE

I certify that on July 15, 2016, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

Christopher S. Polaszek_____
Attorney
