UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRATIC CLINIC,
INC.,

    Plaintiff,

v.   Case No: 8:16-cv-1477-T-36TBM

DAVID M. OPPENHEIM, an individual,
and BOCK LAW FIRM, LLC d/b/a BOCK,
HATCH, LEWIS & OPPENHEIM, LLC,

    Defendants.
_____/

## ORDER

Before the Court is a motion to appear *pro hac vice* (Doc. 45), filed on July 15, 2016. Barry Blonien moves the Court to allow him to appear *pro hac vice* as counsel for Defendant David M. Oppenheim, with Phillip A. Bock designated as local counsel pursuant to Local Rule 2.02(a). Pursuant to Local Rule 2.02(a), if he has not already done so, Barry Blonien is directed to file the appropriate forms, pay the fee and participate in electronic filing by registering for CM/ECF and obtaining a password within twenty (20) days of this Order.[1] Counsel is further directed to electronically file a notice of compliance with CM/ECF registration within twenty (20) days of this Order. Upon consideration, it is hereby

**ORDERED**:

1. The Motion for Admission of Barry J. Blonien *Pro Hac Vice* and Written Designation and Consent to Act (Doc. 45) is **GRANTED**.

---

[1] Counsel may obtain passwords from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel have registered for CM/ECF, they must also register an email address.

2. Barry Blonien is permitted to appear *pro hac vice* on behalf of Defendant David M. Oppenheim with Phillip A. Bock as local counsel.

**DONE AND ORDERED** in Tampa, Florida on July 19, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any