| NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK |
|---|

**CASE NO:** 8:16-cv-1477-T-36TBM

**CASE STYLE:** MEDICAL & CHIROPRACTIC CLINIC, INC.
v.
OPPENHEIM, et al

**DEFENDANT'S:**
(criminal cases
only)

**DATE EXHIBITS PLACED IN THE EXHIBIT ROOM:** 7/22/2016

**TYPE OF HEARING**   ☐ Motion hearing   ☒ Evidentiary hearing

☐ Change of Plea   ☐ Sentencing

☐ Jury Trial   ☐ Bench Trial

☐ Other (Type of hearing)

**Total Number of Folders:** 2

**Boxes:**

**Envelopes:**

**COURTROOM DEPUTY:** WMDENT

2016 JUL 22 PM 1:33