# EXHIBIT H

●●○○○ VZW Wi-Fi 🛜   6:25 PM        🧭 ⊁ 85% 🔋

‹ Messages        **David**        Details

You gave it to me
to buy a computer

Lol. Awesome

Also I assume
taxes will have to
be taken out for
the ▮▮▮▮▮ to be
added in on first
payroll?

Was thinking
about that

You're right but we
could hold off on
the taxes until end

 iMessage 

●●○○○ VZW Wi-Fi 📶   6:38 PM   ✈ ＊ 77% 🔋

**‹ Messages**   **David**   **Details**

I filed a case against Buccaneers and asked everybody to leave you out of it. So if everybody's staring at you like you're infected, that's what it is. Please keep confidential.



 iMessage 

●●○○○ VZW Wi-Fi 🛜  6:38 PM      🡥 ⊁ 77% 🔋

< Messages      **David**          Details

I saw the efiling receipt on the Bucs. I can pretend I didn't. 😃

Efiling receipt?

From Hillsborough County

📷 ‖Message                 0

BLF000128

 VZW Wi-Fi 🛜 6:39 PM   🔋 77% 🔋

‹ Messages   **David**   Details

I will forward



May be that the account is set up to send to office distribution list





 iMessage 

BLF000130