## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MEDICAL & CHIROPRACTIC CLINIC, INC.,**

        **Plaintiff,**

**v.**                              **Case No.   8:16-cv-1477-T-36TBM**

**DAVID M. OPPENHEIM, et al.,**

        **Defendants.**

_____/

### O R D E R

This cause is before the Court on **Plaintiff Medical & Chiropractic Clinic, Inc.'s Motion to Seal**. (Doc. 128).  Therein, Plaintiff seeks permission to file under seal a motion to de-designate confidentiality designations of Bock Law Firm ("BLF") documents along with associated exhibits.[1]  Without conceding the de-designation issues, BLF opposes the Motion on grounds that it fails to comply with Middle District Local Rule 1.09.  (Doc. 129).

Upon consideration, the Motion (Doc. 128) is **GRANTED**.  While BLF's argument is not without merit, denying the Motion on this ground would simply delay the inevitable argument over the substance of the de-designation dispute.  In this instance, I decline to put form over substance.  BLF was served with a copy of the motion to de-designate on or about September 22, 2017.  In addition to communications between counsel, the motion adequately advised BLF of the documents at issue, and while stated somewhat broadly, adequately set forth the grounds for

---

[1]Without apparent authorization of the Court, the motion to designate was filed under seal.  (*See* Doc. S-129).

Plaintiff's argument that such do not merit a "confidential" designation.   Under the parties' Agreed Confidentiality and Protective Order, the burden of persuasion is "on the designating party."  (Doc. 74-1 at 7).   Accordingly, BLF has fourteen (14) days from the date of this Order to file a response demonstrating why the BLF documents in dispute merit confidential designation.  Within the same time frame, Plaintiff shall deliver copies of the disputed documents to chambers for the Court's further consideration.

Plaintiff is hereby ordered to file a copy of the motion to de-designate in the public record.  Those portions of the motion addressing the content of confidential documents at pages 3-4 of the Motion shall be redacted from the public filing pending further Order of the Court.

**Done and Ordered** in Tampa, Florida, this 25th day of October 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record

2