UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

vs.                                                  Case No. 16-cv-1477

DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS, & OPPENHEIM, LLC,

    Defendants.

                                              /

**NOTICE OF FILING OF MEDICAL & CHIROPRACTIC CLINIC, INC.'S UNREDACTED SUPPLEMENT TO ITS STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

      In accordance with this Court's June 11, 2018 Order (Dkt. 203) directing Medical & Chiropractic Clinic, Inc. ("M&C") to file unredacted versions of exhibits previously filed under seal, M&C hereby files the following exhibits to its Statement of Undisputed Facts In Support Of Its Motion for Partial Summary Judgment (Dkt. 141):

- Exhibit 1 – David Oppenheim Deposition Transcript Excerpts
- Exhibit 5 – A+W Retainer Agreement
- Exhibit 8 – Michelle Zakzrewski Deposition Transcript Excerpts
- Exhibit 9 – Michael Addison Deposition Transcript Excerpts
- Exhibit 10 – Oppenheim Email Regarding Mediation Statement
- Exhibit 11 – Ryan Kelly Deposition Transcript Excerpts
- Exhibit 12 – Bock Hatch First Supplemental Interrogatory Answers
- Exhibit 16 – Phillip Bock Deposition Transcript Excerpts

- Exhibit 19 – Bock Hatch Email Thread Regarding Florida Rules of Professional Responsibility

- Exhibit 38 – Email Thread Indicating August 2015 Mediation

Dated: June 18, 2018

Respectfully submitted,

/s/ Lauren M. Loew

Adam R. Alaee
aalaee@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
P.O. Box 3391
Tampa, FL 33601-3391
Telephone: 813.229.2300
Facsimile: 813.221.4210

Jeffrey A. Soble (Ill. Bar No. 6238138)
jsoble@foley.com
Admitted Pro Hac Vice
Lauren M. Loew (Ill. Bar No. 6293248)
lloew@foley.com
Admitted Pro Hac Vice
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Telephone: 312.832.4500
Facsimile: 312.832.4700

Attorneys for Medical & Chiropractic Clinic, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2018, the foregoing was filed via ECF which will provide electronic notice to all counsel of record:

**Barry J. Blonien**
Boardman & Clark LLP
1 S Pinckney St, Ste 410
PO Box 927
Madison, WI 53701-0927
(608) 286-7168
BBlonien@boardmanclark.com
*Attorney for David Oppenheim*

**Christopher Stephen Polaszek**
The Polaszek Law Firm, PLLC
3407 W Kennedy Blvd
Tampa, FL 33609
813-574-7678
Email: chris@polaszeklaw.com
*Attorney for Bock Law Firm, LLC*

**Phillip Bock**
Bock & Hatch, LLC
Suite 1000
134 N La Salle St
Chicago, IL 60602
312-658-5500
Email: phil@bockhatchllc.com
*Attorney for Bock Law Firm, LLC and David Oppenheim*

**Daniel J. Cohen**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: danieljaycohen209@gmail.com
*Attorney for Bock Law Firm, LLC*

**Jonathan B. Piper**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: jon@classlawyers.com
*Attorney for Bock Law Firm, LLC*

/s/Lauren M. Loew
Attorney

4842-0663-5882.1