# EXHIBIT 38

| | |
|---|---|
| **From:** | Ross Good |
| **Sent:** | Tuesday, September 01, 2015 12:53 PM |
| **To:** | David Oppenheim; Brian Wanca |
| **Cc:** | Ross Good; Michael Addison |
| **Subject:** | Re: Bucs mediation on Monday- confidential communication |

I agree with Dave and think we should tell siprut

On Tue, Sep 1, 2015, 10:50 AM David Oppenheim <doppenheim@andersonwanca.com> wrote:
If you don't tell him, he'll probably call Mester.

Sent from my iPhone

On Sep 1, 2015, at 12:29 PM, Brian Wanca <bwanca@andersonwanca.com> wrote:

> I don't think we can say.as he is not of record and didn't participate. Your thoughts.?
>
> **Brian J. Wanca**
>
> ANDERSON+WANCA
>
> 3701 Algonquin Road, Suite 500
>
> Rolling Meadows, IL 60008
>
> Ph: 847-368-1500
>
> Fax: 847-368-1501
>
> **From:** Joseph Siprut [mailto:Jsiprut@siprut.com]
> **Sent:** Tuesday, September 01, 2015 11:14 AM
> **To:** Brian Wanca
> **Cc:** m@mcalaw.net; Ross Good
> **Subject:** RE: Bucs mediation on Monday- confidential communication
>
> What is the amount of money they put on the table

1

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP001363

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         MC 0000336

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Tuesday, September 1, 2015 11:13 AM
**To:** Joseph Siprut <Jsiprut@siprut.com>
**Cc:** m@mcalaw.net; Ross Good <rgood@andersonwanca.com>
**Subject:** RE: Bucs mediation on Monday- confidential communication

They finally made a monetary offer but it is well short of where they need to be . unfortunately the person who make the decisions wasn't there and they want a couple of days to talk to him. I don't see this as happening at this time but it is a start of a dialog.

**Brian J. Wanca**

ANDERSON+WANCA

3701 Algonquin Road, Suite 500

Rolling Meadows, IL 60008

Ph: 847-368-1500

Fax: 847-368-1501

**From:** Joseph Siprut [mailto:Jsiprut@siprut.com]
**Sent:** Tuesday, September 01, 2015 10:10 AM
**To:** Brian Wanca
**Cc:** Joseph Siprut; m@mcalaw.net; Ross Good
**Subject:** RE: Bucs mediation on Monday

How did it go yesterday?

Sent from my Vertu

On Aug 28, 2015 10:43 AM, Brian Wanca <bwanca@andersonwanca.com> wrote:

> You do not represent our plaintiffs , you are not class counsel, we agreed to handle the case , and pay you if we get paid. That is it. Your accounting to you plaintiff has been dismissed out because they were unwilling to participate. Mediations are confidential and if the case resolves

2

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**

OPP001364

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          MC 0000337

we will let you know when we can. We made it clear that you would not be part of the process as you wanted to be.

Brian J. Wanca

ANDERSON+WANCA

3701 Algonquin Road, Suite 500

Rolling Meadows, IL 60008

Ph: 847-368-1500

Fax: 847-368-1501

**From:** Joseph Siprut [mailto:Jsiprut@siprut.com]
**Sent:** Thursday, August 27, 2015 8:35 PM
**To:** Ross Good; Brian Wanca
**Cc:** Ismael Salam
**Subject:** Bucs mediation on Monday

It is amazing to me that my co-counsel in this case has not only failed to keep us in the mediation loop as I requested (despite the process itself being initiated by me), but has actively CONCEALED this fact from me. Never seen anything like it before, and unlikely to ever see it again. This is not only unprofessional and disrespectful (which goes without saying), it is a breach of our JPA.

Unless Brian Wanca personally calls me with an explanation and a good reason why I should not show up at the mediation Monday, I have every intention of crashing it and physically overpowering anyone who tries to keep me out of the room. And I'll also feel very free to engage Mester directly and independently. Or, Brian can call me tomorrow, explain himself, and persuade me otherwise. I'm available at 10:00 or 10:30 am tomorrow morning at the office.

Joseph J. Siprut

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP001365

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000338

jsiprut@siprut.com


SIPRUT PC

17 North State Street

Suite 1600

Chicago, IL  60602

312.236.0000

Fax: 312.878.1342

www.siprut.com


CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please delete all copies of this message and any attachments.  SIPRUT PC is a Professional Corporation organized under the laws of the State of Illinois.

4

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP001366

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MC 0000339