UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

vs.                                              Case No. 16-cv-1477

DAVID M. OPPENHEIM, an individual, and BOCK LAW FIRM, LLC d/b/a BOCK, HATCH, LEWIS, & OPPENHEIM, LLC,

    Defendants.

                                                      /

## NOTICE OF FILING OF UN-REDACTED JOINT PRETRIAL STATEMENT

In accordance with this Court's June 13, 2018 Order (Dkt. 206) denying Medical & Chiropractic Clinic, Inc.'s ("M&C") Motion to Seal (Dkt. 177) and directing the parties to file an un-redacted version of the Joint Pretrial Statement (Dkt. 178), M&C hereby files the following:

- Appendix A – Un-redacted Joint Pretrial Statement

Dated: June 18, 2018                            Respectfully submitted,

                                                    /s/ Lauren M. Loew

                                                    Adam R. Alaee
                                                    aalaee@foley.com
                                                    FOLEY & LARDNER LLP
                                                    100 North Tampa Street, Suite 2700
                                                    Tampa, FL  33602-5810
                                                    P.O. Box 3391
                                                    Tampa, FL 33601-3391
                                                    Telephone:  813.229.2300
                                                    Facsimile:  813.221.4210

                                                    Jeffrey A. Soble (Ill. Bar No. 6238138)
                                                    jsoble@foley.com
                                                    Admitted Pro Hac Vice

Lauren M. Loew (Ill. Bar No. 6293248)
lloew@foley.com
Admitted Pro Hac Vice
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Telephone: 312.832.4500
Facsimile: 312.832.4700

Attorneys for Medical & Chiropractic Clinic, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2018, the foregoing was filed via ECF which will provide electronic notice to all counsel of record:

**Barry J. Blonien**
Boardman & Clark LLP
1 S Pinckney St, Ste 410
PO Box 927
Madison, WI 53701-0927
(608) 286-7168
BBlonien@boardmanclark.com
*Attorney for David Oppenheim*

**Phillip Bock**
Bock & Hatch, LLC
Suite 1000
134 N La Salle St
Chicago, IL 60602
312-658-5500
Email: phil@bockhatchllc.com
*Attorney for Bock Law Firm, LLC and David Oppenheim*

**Jonathan B. Piper**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: jon@classlawyers.com
*Attorney for Bock Law Firm, LLC*

**Christopher Stephen Polaszek**
The Polaszek Law Firm, PLLC
3407 W Kennedy Blvd
Tampa, FL 33609
813-574-7678
Email: chris@polaszeklaw.com
*Attorney for Bock Law Firm, LLC*

**Daniel J. Cohen**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: danieljaycohen209@gmail.com
*Attorney for Bock Law Firm, LLC*

/s/Lauren M. Loew
Attorney

4824-3821-3738.1