**Phil Bock**

| | |
|---|---|
| **From:** | Brian J. Wanca <bwanca@andersonwanca.com> |
| **Sent:** | Tuesday, September 01, 2009 10:30 AM |
| **To:** | Michael Addison |
| **Cc:** | Phil Bock; Ryan M. Kelly |
| **Subject:** | Tampa Bay Buccaneers TCPA SUIT |

We have a plaintiff but I understand you filed on friday. Let me know if your plaintiff has a defect or cold feet and we can work something out.

*Brian J. Wanca*
*Anderson + Wanca*
*3701 Algonquin Road, Suite 760*
*Rolling Meadows, IL 60008*
*Telephone: 847/368-1500*
*Fax: 847/368-1501*



EXHIBIT 2

1

BLF000052