| | |
|---|---|
| From: | Brian Wanca [bwanca@andersonwanca.com] |
| Sent: | 8/13/2015 2:04:03 PM |
| To: | Michael Addison [m@mcalaw.net] |
| Subject: | RE: Mediation in Chicago |

I am NOT going down to 50 million on this case

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Michael Addison <m@mcalaw.net>
Date:08/13/2015 1:35 PM (GMT-06:00)
To: Brian Wanca <bwanca@andersonwanca.com>, David Oppenheim <doppenheim@andersonwanca.com>
Cc:
Subject: Mediation in Chicago

Brian and David,

In advance of our gathering in Chicago on August 31 to conduct the second mediation with the Buccaneers, do you feel it is advisable to ask for any advance disclosure of what it is that the Buccaneers are proposing beyond what happened in Miami that resulted in the waste of a day, plus attendant travel expenses, etc. David put together a comprehensive package for the mediator, Attorney Max, and I assume that this document will be shared with the new mediator as well. However, is it fair to say that we are heading into the mediation based on the statement of Attorney Mester that "we will want to agree to another mediation" or words to that effect conveyed to Attorney Siprut.

Is it unproductive to ask for some preview from Attorney Mester as to where he thinks this session might be heading? Or should we simply attend, keep open minds and see where the process takes us? I know no one defendant wants to make an offer outside of the mediation setting itself for fear that whatever is offered becomes the floor. However, at the last mediation through David we indicated that our demand would be lowered from $90+ million to $50 million if the Buccaneers would increase their offer to $10 million. It was hoped that such a bracket might accelerate the discussions, but it was rejected and we walked away with no meaningful offer other than ███████████████████████████████████████████
████████████████████████████████████

Mike
Michael C. Addison
Addison & Howard, P.A.
400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000 Fax: 813-228-6000
m@mcalaw.net

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT #38
11-17-17

AW MA 0001148