**Jorge Labarga**

**From:** Brian Wanca
**Sent:** Tuesday, September 29, 2015 3:33 PM
**To:** David Oppenheim
**Subject:** RE: Bucs

I would push the fess to 30%

**Brian J. Wanca**
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Ph: 847-368-1500
Fax: 847-368-1501

**From:** David Oppenheim
**Sent:** Tuesday, September 29, 2015 2:44 PM
**To:** Brian Wanca
**Subject:** Bucs

Mine is a payout of $31.25 million.

David M. Oppenheim
Attorney at Law
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
p-(847) 368-1500
f-((847) 368-1501



EXHIBIT #22
11-17-17

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP001663