**From:** Brian Wanca
**Sent:** Tuesday, December 08, 2015 10:34 AM
**To:** Michael Addison
**Cc:** David Oppenheim
**Subject:** RE: Cin-Q v. Bucs -- Settlement Discussions / Fees

You are correct . they are trying to pay [REDACTED] NO WAY JOSE to that!!

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

**From:** Michael Addison [mailto:m@mcalaw.net]
**Sent:** Tuesday, December 08, 2015 10:32 AM
**To:** Brian Wanca <bwanca@andersonwanca.com>
**Cc:** David Oppenheim <doppenheim@andersonwanca.com>
**Subject:** RE: Cin-Q v. Bucs -- Settlement Discussions / Fees

Brian,

Thank you for sharing that exchange of emails. As my email to you yesterday should have indicated, I was surprised that there were not any discussions going on with the mediator or opposing counsel concerning the subject of settlement because the looming discovery depositions of the two experts (apparently the deposition of Biggerstaff has been discussed but not confirmed). Had David included me in this email to Judge Andersen, I would have known of the inquiry by Mester through Judge Andersen.

[REDACTED]

*Mike*

Michael C. Addison
Addison & Howard, P.A.

EXHIBIT #27

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP009334

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0005132

400 N. Tampa St., Suite 1100
Tampa, FL 33602-4714
Tel: 813-223-2000
Fax: 813-228-6000
m@mcalaw.net

---

**From:** Brian Wanca [mailto:bwanca@andersonwanca.com]
**Sent:** Tuesday, December 08, 2015 11:14 AM
**To:** Michael Addison
**Cc:** David Oppenheim
**Subject:** FW: Cin-Q v. Bucs -- Settlement Discussions / Fees

Here is what was sent to the mediator.

**Brian J. Wanca**
**ANDERSON+WANCA**
**3701 Algonquin Road, Suite 500**
**Rolling Meadows, IL 60008**
**Ph: 847-368-1500**
**Fax: 847-368-1501**

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[Page contents redacted]

3
004544

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**

OPP009336

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0005134



4
004545

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP009337

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0005135

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

---

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP009338

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0005136