**Jorge Labarga**

**From:** Brian Wanca
**Sent:** Tuesday, September 29, 2015 4:59 PM
**To:** David Oppenheim
**Subject:** RE: Bucs

I am not going down from $92

**Brian J. Wanca**
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Ph: 847-368-1500
Fax: 847-368-1501

**From:** David Oppenheim
**Sent:** Tuesday, September 29, 2015 4:55 PM
**To:** Brian Wanca
**Subject:** RE: Bucs

How is this—Now $35.75M.

**From:** David Oppenheim
**Sent:** Tuesday, September 29, 2015 2:44 PM
**To:** Brian Wanca
**Subject:** Bucs

Mine is a payout of $31.25 million.

David M. Oppenheim
Attorney at Law
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
p-(847) 368-1500
f-((847) 368-1501


EXHIBIT #23
11-17-17

1

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**

OPP001664

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000456

| | |
|---|---|
| **From:** | David Oppenheim |
| **Sent:** | Tuesday, September 29, 2015 5:07 PM |
| **To:** | Brian Wanca |
| **Subject:** | Bucs settlement term sheet 092915 |
| **Attachments:** | Bucs settlement term sheet 092915.docx |

Here is 92/30—payout of $36.25. Should I share?



1

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

OPP001662

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            MC 0000454