

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
312.832.4500 TEL
312.832.4700 FAX
foley.com

312.832.5193
bepstein@foley.com

May 26, 2015

CLIENT/MATTER NUMBER

Brian J. Wanca
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

Dr. Gregory Williams
Medical & Chiropractic Clinic, Inc.
4602 North Nebraska Ave,
Tampa, FL 33603

Re:   Engagement Letter Agreement

Dear Mr. Wanca and Dr. Williams:

Thank you for selecting Foley & Lardner LLP (the "Firm") to represent Anderson + Wanca (the "Law Firm") and Medical & Chiropractic Clinic, Inc. (the "Clinic") (sometimes jointly referred to as the "Clients" or "you" and individually as a "Client"). Although we regret the length and formality of this Engagement Letter Agreement ("Agreement"), it is important that we have a clear understanding of our working relationship going forward. Please do not hesitate to contact us if you have any concerns.





4829-8637-7522.3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000180



May 26, 20156
Page 2



4829-8637-7522.3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000181



May 26, 20156
Page 3



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000182



FOLEY & LARDNER LLP

May 26, 20156
Page 4

[REDACTED]

4. **Fees and Billing**

The fees and costs for the Matter are not predictable. Therefore, we cannot promise what fees or expenses will be necessary to resolve or complete the Matter. Any fees and costs we might have previously discussed are estimates only. The Law Firm also understands that the payment of the Firm's fees and costs is not contingent upon the outcome of the Matter.

    a.    It is agreed that the Law Firm will compensate us for services, subject to the professional responsibility rules governing our practice, based on the time devoted to the Matter at the hourly rates charged by members of the Firm. Currently, the hourly rates of the attorneys who will likely work on this matter range from $475 to $650. Our paraprofessional rates range from $60 to $320. Jeff and my hourly rate for the Matter is currently $650. These rates may change from time to time.

    b.    The Law Firm will be responsible for the payment of the Firm's invoices and expenses incurred.

    c.    We will bill the Law Firm for support services, such as photocopy and facsimile, messenger and delivery service, online research, travel, word processing, court costs, and search and filing fees. We do not bill long distance telephone charges; we will bill for conference calls using an "800" number service at $.035 per minute per participant. If we arrange a video conference on the Law Firm's behalf, we will bill at rates established by the service provider. We currently charge $.15 per page for photocopies, and faxes are billed at $.50 per page. We charge for word processing or secretarial services only if done on an overtime basis and with the Law Firm's consent. Certain support services that involve equipment or staffing or that require payments to third parties may include additional charges that reflect our internal costs. It is our policy to provide the most cost effective and efficient support systems available. Please note that some of our vendors provide the Firm credits based on volume usage at no additional cost to the Law Firm. The Firm uses these credits to offset the cost of these types of services for our pro bono clients. In addition, please note that if the Law Firm requests the Firm to conduct electronic processing, we will charge a fee designed to offset our cost. Although we try to adjust our fees below market, fluctuations in the market could result in the Firm making a profit for these services.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MC 0000183


FOLEY & LARDNER LLP

May 26, 20156
Page 5

  d. The Law Firm agrees that we can make arrangements to have the Law Firm billed directly by third parties, or the Law Firm will pay directly invoices which we receive for costs from third parties, such as costs for consultants, appraisers, court reporters, technical support, foreign attorneys, or other parties that render billable services during the Matter. If arrangements have not been made for direct billing or direct payment by the Law Firm for third-party costs, the Law Firm agrees that we may pay these invoices on the Law Firm's behalf after we have first been paid by the Law Firm for such costs.

  e. Invoices are normally sent to the Law Firm each month and reflect the services and expenses incurred the previous month. Payment is due promptly upon receipt. We will assess a late charge of 1% per month on any outstanding balance older than 60 days. In addition, subject to our rules of professional responsibility, we may also cease performing services for the Law Firm until satisfactory arrangements have been made for payments of amounts outstanding in excess of 60 days and the payment of future amounts.

  f. In no event shall the Clinic be responsible for any fees or expenses billed on the Matter.



4829-8637-7522.3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  MC 0000184



May 26, 20156
Page 6



4829-8637-7522.3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000185



May 26, 20156
Page 7



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000186



May 26, 20156
Page 8

We look forward to working with you on this Matter.

Very truly yours,

FOLEY & LARDNER LLP

Bennett L. Epstein

Enclosures

AGREED AND ACCEPTED:

Anderson + Wanca

BY: _____
(Authorized Signature)

Pres.
(Title)

5/26/2016
(Date)

Medical & Chiropractic Clinic, Inc.

BY: _____
(Authorized Signature)

President
(Title)

5/31/16
(Date)

4829-8637-7522.3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MC 0000187