UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC,
INC.,

      Plaintiff,

vs.                                                                                  Case No. 16-cv-1477

DAVID M. OPPENHEIM, an individual, and
BOCK LAW FIRM, LLC d/b/a BOCK,
HATCH, LEWIS, & OPPENHEIM, LLC,

      Defendants.

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Medical & Chiropractic Clinic, Inc.'s ("M&C")

appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in

this action on August 3, 2018 (ECF No. 221), entering summary judgment in favor of

Defendants David M. Oppenheim and Bock Law Firm, LLC, and denying summary judgment in

favor of Plaintiff Medical & Chiropractic Clinic, Inc., and the final judgment entered on August

3, 2018 (ECF No. 222) entering judgment in favor of Defendants.

Dated: August 31, 2018                  Respectfully submitted,

                                    /s/ Lauren M. Loew_____

                                    Adam R. Alaee
                                    aalaee@foley.com
                                    FOLEY & LARDNER LLP
                                    100 North Tampa Street, Suite 2700
                                    Tampa, FL  33602-5810
                                    P.O. Box 3391
                                    Tampa, FL 33601-3391
                                    Telephone:  813.229.2300
                                    Facsimile:  813.221.4210

Jeffrey A. Soble (Ill. Bar No. 6238138)
jsoble@foley.com
Admitted Pro Hac Vice
Lauren M. Loew (Ill. Bar No. 6293248)
lloew@foley.com
Admitted Pro Hac Vice
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Telephone:  312.832.4500
Facsimile:  312.832.4700

Attorneys for Medical & Chiropractic Clinic, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2018, the foregoing was filed via ECF which

will provide electronic notice to all counsel of record:

**Barry J. Blonien**
Boardman & Clark LLP
1 S Pinckney St, Ste 410
PO Box 927
Madison, WI 53701-0927
(608) 286-7168
BBlonien@boardmanclark.com
*Attorney for David Oppenheim*

**Christopher Stephen Polaszek**
The Polaszek Law Firm, PLLC
3407 W Kennedy Blvd
Tampa, FL 33609
813-574-7678
Email: chris@polaszeklaw.com
*Attorney for Bock Law Firm, LLC*

**Phillip Bock**
Bock & Hatch, LLC
Suite 1000
134 N La Salle St
Chicago, IL 60602
312-658-5500
Email: phil@bockhatchllc.com
*Attorney for Bock Law Firm, LLC and David Oppenheim*

**Daniel J. Cohen**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: danieljaycohen209@gmail.com
*Attorney for Bock Law Firm, LLC*

**Jonathan B. Piper**
Bock Law Firm, LLC
134 N. LaSalle St Ste 1000
Chicago, IL 60602
312-658-5500
Fax: 312-658-5555
Email: jon@classlawyers.com
*Attorney for Bock Law Firm, LLC*

/s/Lauren M. Loew
Attorney

4837-1665-8801.1

3