# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Keshia M. Jones<br>Tampa Division Manager |

**DATE:** January 17, 2019

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

MEDICAL & CHIROPRACTIC

CLINIC, INC.                                                    Case No.: 8:16-cv-1477-T-36CPT

v.

DAVID M. OPPENHEIM, et al.

### CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S.C.A. Case No.: 18-13714-DD**

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

- 1 Sealed Volume of Pleadings

- Certified copy of docket sheet

ELIZABETH M. WARREN, CLERK

By:    s/D. Greco, Deputy Clerk